# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH, | Case No. 1:18-cv-00968-NONE-BAM (PC) |
| Plaintiff, | ORDER OVERRULING OBJECTIONS TO DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |
| v. | |
| SANDOVAL, *et al.*, | (ECF No. 33) |
| Defendants. | |

Plaintiff Colin M. Randolph ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Benavides and Carrillo for excessive force in violation of the Eighth Amendment and against Defendants Sandoval, Speidell, and Benavides for retaliation in violation of the First Amendment.

On January 11, 2021, Defendants filed a motion to modify the Court's October 13, 2020 Discovery and Scheduling Order to extend the deadline to file a motion for summary judgment for failure to exhaust administrative remedies until February 13, 2021. (ECF No. 32.) Finding that a response was not necessary, the Court deemed the motion submitted and granted the motion on January 12, 2021. (ECF No. 32.) The Court found that good cause to continue the exhaustion motion deadline, and that Plaintiff would not be prejudiced by the brief extension as all other deadlines would remain in place. (Id.)

1

1        Currently before the Court are Plaintiff's objections to Defendants' motion, filed January
2   21, 2021. (ECF No. 34.) As it appears Plaintiff's objections crossed in the mail with the Court's
3   January 12, 2021 order, the Court will review the objections as filed in opposition to the motion.
4   Plaintiff argues that Defendants have failed to show good cause for the requested extension, and
5   that he will be prejudiced by the extended deadline. Plaintiff states that Defendants have
6   submitted conflicting declarations from counsel demonstrating that they have not acted diligently,
7   with one declaration stating in October that they reviewed Plaintiff's relevant appeals in deciding
8   to opt out of a settlement conference in this matter, and then another stating in January that
9   further documents were necessary to complete the motion for summary judgment. Plaintiff
10  further argues that he will be prejudiced by the extension of the exhaustion-based summary
11  judgment deadline, because past appeals related to this complaint have disappeared from the
12  record and Kern Valley officers have intentionally disrupted, delayed, and destroyed legal
13  documentation on this matter. (Id.)

14       The Court finds Plaintiff's objections unpersuasive. As stated in the Court's January 12,
15  2021 order granting Defendants' motion, the Court found that Defendants presented good cause
16  for the requested extension. (ECF No. 33.) Although Defendants may have acquired certain
17  documents relating to Plaintiff's appeal history in October, the Court is unpersuaded by Plaintiff's
18  argument that those same documents would be all the documents necessary for preparing a
19  motion for summary judgment based on exhaustion. Defendants' inability to acquire the
20  remaining necessary documents was out of their control, and counsel has determined that they are
21  necessary to complete the motion for summary judgment.

22       Plaintiff's argument that past appeals related to this complaint have disappeared, is not
23  relevant to the extension of this deadline. It is not clear to the Court how appeals submitted at
24  this time would affect whether Plaintiff properly exhausted his administrative remedies prior to
25  filing this action. Finally, as noted in the order granting Defendants' motion, no other deadlines
26  in this action have been extended, and therefore the current extension will not result in a delay in
27  the prosecution of this case. (ECF No. 33.)
28  ///

Accordingly, Plaintiff's objections to Defendants' motion to modify the scheduling order, (ECF No. 34), are HEREBY OVERRULED.

IT IS SO ORDERED.

Dated: **January 25, 2021**     /s/ Barbara A. McAuliffe     _
UNITED STATES MAGISTRATE JUDGE

3