# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH, | Case No.  1:18-cv-00968-JLT-BAM (PC) |
| Plaintiff, | ORDER CONSTRUING PLAINTIFF'S DECEMBER 1, 2022 FILING AS A MOTION FOR RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| SANDOVAL, *et al.*, | (ECF No. 45) |
| Defendants. | ORDER DENYING PLAINTIFF'S MOTION FOR RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| | (ECF No. 45) |

Plaintiff Colin M. Randolph ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Benavides and Carrillo for excessive force in violation of the Eighth Amendment and against Defendants Sandoval, Speidell, and Benavides for retaliation in violation of the First Amendment.

On February 2, 2021, Defendants filed a motion for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies.  (ECF No. 38.)  Plaintiff filed an opposition on March 4, 2021, (ECF No. 41), and Defendants filed a reply on March 12, 2021, (ECF No. 42).  The motion is fully briefed.

Currently before the Court is Plaintiff's motion for a ruling or status of ruling on the pending motion for summary judgment, which was docketed as an opposition to the motion for

summary judgment on December 1, 2022.  (ECF No. 45.)  Plaintiff also requests permission to file a motion of reconsideration for the appointment of counsel.  (*Id.*)

Defendants have not yet had an opportunity to respond to the motion, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

With respect to Plaintiff's motion for a ruling on the pending motion for summary judgment, Plaintiff is reminded that this Court has an extremely large number of *pro se* prisoner civil rights cases pending before it, and therefore, delay is inevitable despite the Court's best efforts.  Due to the heavy caseload, Defendants' motion for summary judgment is awaiting decision.  The Court is aware of the pendency of this action and will decide the motion for summary judgment in due course.  Plaintiff's motion for a ruling is therefore denied.

To the extent Plaintiff requests permission to file a motion for reconsideration regarding appointment of counsel, the request is denied as moot.  Plaintiff does not require permission to file a motion for reconsideration, nor does he require permission to file a renewed motion for appointment of counsel.  Any motion for reconsideration or renewed motion for appointment of counsel will be reviewed and decided under the applicable legal standards.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The December 1, 2022 filing docketed as an opposition to Defendants' motion for summary judgment, (ECF No. 45), is CONSTRUED as a motion for ruling on Defendants' motion for summary judgment;
2. Plaintiff's motion for ruling on Defendants' motion for summary judgment, (ECF No. 45), is DENIED; and
3. Defendants' motion for summary judgment will be decided in due course.

IT IS SO ORDERED.

Dated:   **December 2, 2022**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE