# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANDOVAL, *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-00968-JLT-BAM (PC)<br><br>Appeal No. 24-2203<br><br>ORDER DENYING PLAINTIFF'S MOTION TO TRANSMIT DOCUMENTS TO THE COURT OF APPEALS AS MOOT<br><br>(ECF No. 55) |

On May 6, 2024, Plaintiff Colin M. Randolph, a state prisoner who was proceeding *pro se* and *in forma pauperis* in this civil rights action, filed a motion requesting that the record in this action be transcribed and made available to the Ninth Circuit Court of Appeals. (ECF No. 55.)

Pursuant to the Ninth Circuit Rules, Plaintiff, as a *pro se* litigant, is not required to file an excerpt of the record. Circuit Rule 30-1.2. Plaintiff's motion, (ECF No. 55), is therefore DENIED as moot.[1]

IT IS SO ORDERED.

　Dated:  **May 6, 2024**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is not prevented from requesting copies of the excerpts of the record pursuant to Ninth Circuit Rule 30-3.

1